# EXHIBIT C

## TO

## COMPLAINT FOR PATENT INFRINGEMENT

CASES – JETech Official Online Store



Contact Us   My Account

0

Home / Product

# CASES

Showing 1–12 of 151 results

Sort by popularity



JETech Case for Apple iPhone SE 2nd Generation, iPhone 8 and iPhone 7, 4.7-Inch, Shock-Absorption Bumper Cover, Anti-

**$12.99**

Add to cart



JETech Laptop Sleeve for 13.3-Inch Notebook Tablet iPad Tab, Waterproof Shock Resistant Bag Case with Accessory Pocket –

**$16.99**

Add to cart



JETech Case for Apple iPhone XS and iPhone X, Protective Cover with Metal Kickstand, Shock-Absorption and Carbon

**$9.99**

Add to cart



JETech Case for Apple iPhone SE 2nd Generation, iPhone 8 and iPhone 7, 4.7-Inch, Shock-Absorption Bumper Cover, Anti-

**$11.99**

Add to cart

https://www.ijetech.com/product-category/cases/[06/26/2020, 11:43:10]



JETech Case for Apple iPhone Xs Max 6.5-Inch, Shock-Absorption Bumper Cover, HD Clear – J3751

**$9.99**

Add to cart



JETech Case for Apple iPhone XR 6.1-Inch, Shock-Absorption Bumper Cover, HD Clear – J3750

**$11.99**

Add to cart



JETech Case for Apple iPhone 6s Plus and iPhone 6 Plus, [Ring Holder Kickstand] Cover, Shock-Absorption Bumper, HD

**$10.99**

Read more



JETech Case for Galaxy S10e, 5.8-Inch, Dual Layer Protective Cover with Shock-Absorption, Grey – 3472

**$7.99**

Add to cart



JETech Case for Samsung Galaxy S7 Edge Protective Cover with Shock-Absorption and Carbon Fiber Design, Black –

**$9.99**

Add to cart



JETech Case for iPhone 11 Pro Max (2019), 6.5-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, HD Clear – J3492

**$9.99**

Add to cart



JETech Case for Nintendo Switch 2017, Protective Grip Cover with Shock-Absorption and Anti-Scratch Design, Blue –

**$21.99**

Add to cart



JETech Case for Apple iPhone 7 and iPhone 8, Ring Holder Kickstand, Shock-Absorption Bumper Cover, HD Clear – 3427A-

**$10.99**

Add to cart

| 1 | 2 | 3 | … | 12 | 13 | → |

## Categories

- CASES
  - Apple
  - Samsung

- Others

□ SCREEN PROTECTORS

□ CABLES & ADAPTERS

□ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 5 of 41 PageID #:41



Contact Us   My Account

Home / Product ( Page2 )

# CASES

Showing 13–24 of 151 results

Sort by popularity



JETech Case for Apple iPhone 6 Plus and iPhone 6s Plus, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, Gold –

**$9.99**

Read more



JETech Case for Apple iPhone 7 Plus and iPhone 8 Plus, Ring Holder Kickstand, Shock-Absorption Bumper Cover

**$10.99**

Add to cart



JETech Case for Apple iPhone SE, iPhone 5S and iPhone 5, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back

**$9.99**

Add to cart



JETech Case for Samsung Galaxy S6, Shock-Absorption TPU and Replaceable PC Cover Ultra Slim Fit, Silver –

**$11.99**

Add to cart

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 6 of 41 PageID #:42



JETech Case for Samsung Galaxy S7 Edge Protective Cover with Shock-Absorption and Carbon Fiber Design, Blue –

**$11.99**

Read more



JETech Case for Apple iPhone SE 2nd Generation, iPhone 8 and iPhone 7, 4.7-Inch, Shock-Absorption Bumper Cover, Anti-

**$11.99**

Add to cart



JETech Case for Apple iPhone 8 Plus and iPhone 7 Plus, 5.5-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back

$$$$$

**$11.99**

Add to cart



JETech Case for Apple iPhone 8 Plus and iPhone 7 Plus, 5.5-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back

**$11.99**

Add to cart



JETech Case for Apple iPhone 8 Plus and iPhone 7 Plus, 5.5-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back

**$11.99**

Add to cart



JETech Case for Apple iPhone 6 Plus and iPhone 6s Plus, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, Grey –

**$9.99**

Add to cart



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 9.7 inch Tablet with Auto Sleep/Wake Feature, Red – I3222

**$12.99**

Read more



JETech Case for Apple iPhone SE 2nd Generation, iPhone 8 and iPhone 7, 4.7-Inch, Shock-Absorption Bumper Cover, Anti-

**$11.99**

Add to cart

← | 1 | **2** | 3 | 4 | … | 12 | 13 | →

# Categories

- CASES
  - Apple

- Samsung
- Others

SCREEN PROTECTORS

CABLES & ADAPTERS

OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 8 of 41 PageID #:44

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 9 of 41 PageID #:45



Contact Us  My Account

0

Home / Product（Page3）

# CASES

Showing 25–36 of 151 results

Sort by popularity



JETech Case for iPhone 11 Pro (2019), 5.8-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, HD Clear – J3490

**$9.99**

Add to cart



JETech Case for iPhone Xs Max 6.5-Inch, Shock-Absorption Bumper Cover (Grey) – J3751C

**$12.99**

Add to cart



JETech Laptop Sleeve for 15.4-Inch Notebook Tablet iPad Tab, Waterproof Shock Resistant Bag Case with Accessory Pocket –

**$19.99**

Add to cart



JETech Case for Samsung Galaxy S5, Protective Cover, Grey – J3013

**$11.99**

Add to cart



JETech Case for Samsung Galaxy S7 Protective Cover with Shock-Absorption and Carbon Fiber Design, Black – J3442

**$9.99**

Add to cart



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 8.0 inch 2015 Tablet with Auto Sleep/Wake Feature, Blue – J3231

**$12.99**

Add to cart



JETech Case for Apple iPhone 6 Plus and iPhone 6s Plus 5.5-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back

**$9.99**

Add to cart



JETech Case for Apple iPhone 6 Plus and iPhone 6s Plus, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, Black

**$9.99**

Add to cart



JETech Case for Samsung Galaxy S9+ Plus, Premium TPU Material, Shock Proof, HD Clear – J0576

**$9.99**

Read more



JETech Case for iPhone Xs Max 6.5-Inch, Shock-Absorption Bumper Cover (Black) – J3751A

**$12.99**

Add to cart



JETech Case for iPhone 8 and iPhone 7 with Microfiber and Self Stand, Black – J3420

**$9.99**

Read more



JETech Case for iPhone 8 Plus and iPhone 7 Plus Protective Cover with Shock-Absorption and Carbon Fiber Design, Black

**$8.99**

Add to cart

← | 1 | 2 | **3** | 4 | 5 | … | 12 | 13 | →

## Categories

- CASES
  - Apple
  - Samsung

- ○ Others

□ SCREEN PROTECTORS

□ CABLES & ADAPTERS

□ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

CASES – Page 4 – JETech Official Online Store



Contact Us       My Account

0

Home  /  Product  ( Page4 )

# CASES

Showing 37–48 of 151 results

Sort by popularity



JETech Case for Apple
iPhone 6 and iPhone 6s,
Shock-Absorption Bumper,
Anti-Scratch Clear Back,
Gold – J3196

**$9.99**

Add to cart



JETech Case for iPhone 11
(2019), 6.1-Inch, Shock-
Absorption Bumper Cover,
Anti-Scratch Clear Back,
HD Clear – J3491

$$$$$

**$9.99**

Add to cart



JETech Case for Apple
iPhone X and iPhone XS,
Shock-Absorption Bumper
Cover, HD Clear – J3700

**$9.99**

Add to cart



JETech Case for Apple
iPhone 6 and iPhone 6s,
Shock-Absorption Bumper
Cover, Anti-Scratch Clear
Back, Rose Gold – J3194

**$9.99**

Add to cart



JETech Case for Samsung Galaxy S4, Protective Cover, Black – J3000

**$9.99**

Read more



JETech Case for Galaxy S10e, Protective Cover with Shock-Absorption and Carbon Fiber Design, Black – 3475

**$9.99**

Add to cart



JETech Case for Apple iPhone 6 and iPhone 6s, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, Black – J0660

**$9.99**

Add to cart



JETech Case for Apple iPhone 6 and iPhone 6s, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, Grey – J3195

**$9.99**

Add to cart



JETech Case for Apple iPhone Xs and iPhone X, Shock-Absorption Bumper Cover (Rose Gold) – J3700B

**$12.99**

Read more



JETech Case for Apple iPhone SE 2nd Generation, iPhone 8 and iPhone 7, 4.7-Inch, Shock-Absorption Bumper Cover, Anti-

**$11.99**

Add to cart



JETech Case for Apple iPhone 6s Plus and iPhone 6 Plus, Slim Protective Cover with Shock-Absorption, Carbon Fiber

**$8.99**

Add to cart



JETech Case for Samsung Galaxy S9 Plus Protective Cover with Shock-Absorption and Carbon Fiber Design, Black –

**$11.99**

Add to cart

← | 1 | 2 | 3 | **4** | 5 | 6 | … | 12 | 13 | →

# Categories

○ CASES

  ◦ Apple

  ◦ Samsung

○ Others

▫ SCREEN PROTECTORS

▫ CABLES & ADAPTERS

▫ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 15 of 41 PageID #:51



Contact Us   My Account   0

Home  /  Product ( Page5 )

# CASES

Showing 49–60 of 151 results

Sort by popularity



JETech Case for 42mm Apple Watch, Series 3 Series 2 (Not for Series 1/4), Shock-Absorption Protective Cover, Black –

**$9.99**

Add to cart



JETech Case for Apple iPhone SE, iPhone 5S and iPhone 5, Shock-Absorption Bumper Anti-Scratch Clear Back, Gold –

**$9.99**

Add to cart



JETech Case for Apple iPhone SE, iPhone 5S and iPhone 5 Cover Shock-Absorption Bumper Anti-Scratch Clear Back, Grey –

**$9.99**

Add to cart



JETech Case for Apple iPhone SE, iPhone 5S and iPhone 5, Shock-Absorption Bumper Anti-Scratch Clear Back, BLack –

**$9.99**

Add to cart









JETech Case Cover for Apple iPhone SE, iPhone 5S and iPhone 5, Shock-Absorption Clear Back, Rose

**$9.99**

Add to cart

JETech Case for Apple iPhone 6s and iPhone 6, Ring Holder Kickstand, Shock-Absorption Bumper, HD Clear – 3448A-CS

**$10.99**

Add to cart

JETech Case for Samsung Galaxy S8, Protective Cover with Shock-Absorption and Carbon Fiber Design – 3454-CS

**$9.99**

Add to cart

JETech Case for iPhone 6s and iPhone 6, Protective Cover with Shock-Absorption and Carbon Fiber Design, Black –

**$9.99**

Add to cart









JETech MacBook Pro 13 Case, Hard Shell Cover for Apple MacBook Pro 13-Inch 2019/2018/2017/2016 Release (Model:

**$18.99**

Add to cart

JETech Case for Apple iPhone 4 and iPhone 4s, Shock-Absorption Bumper Cover Anti-Scratch Clear Back, Black – 0511-CS

**$9.99**

Add to cart

JETech Case for Apple iPhone 4 and iPhone 4S, Logo Cut-Out Fits AT&T, Sprint, Verizon, T-Mobile, Black – 0440-CS

**$10.99**

Add to cart

JETech Slim-Fit Case Cover for Samsung Galaxy Tab S2 9.7 inch Tablet with Auto Sleep/Wake Feature, Black – I3320

**$12.99**

Read more

| ← | 1 | 2 | 3 | 4 | **5** | 6 | 7 | … | 12 | 13 | → |

## Categories

▫ CASES

  ○ Apple

  ○ Samsung

- Others

□ SCREEN PROTECTORS

□ CABLES & ADAPTERS

□ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 18 of 41 PageID #:54



Contact Us　　My Account

0

**JETECH GLOBAL CORP**

Home / Product **( Page6 )**

# CASES

Showing 61–72 of 151 results

Sort by popularity



JETech Case for iPhone SE 2nd Generation, iPhone 8 and iPhone 7, 2-Layer Slim Protective Cover, Carbon Fiber

**$9.99**

Add to cart



JETech Case for Samsung Galaxy S8 Plus, Protective Cover with Shock-Absorption and Carbon Fiber Design – J3455

**$9.99**

Add to cart



JETech Slim-Fit Lightweight Case Cover for Samsung Galaxy Tab A 7.0 (SM-T280 / T285) Tablet with Stand Function, Black

**$12.99**

Add to cart



JETech Case for Apple iPhone X and iPhone XS, Shock-Absorption Bumper Cover, Black – J3700A

**$9.99**

Add to cart

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 19 of 41 PageID #:55



JETech Case for Apple iPhone X, Shock-Absorption Bumper Cover – J3701B

**$9.99**

Add to cart



JETech Case for Nintendo Switch 2017, Protective Grip Cover with Shock-Absorption and Anti-Scratch Design, Green –

**$21.99**

Add to cart



JETech Case for Samsung Galaxy S6, Shock-Absorption Cover, HD Clear – J0568

**$9.99**

Add to cart



JETech Case for Apple iPhone SE, iPhone 5s and iPhone 5, Slim Protective Cover with Shock-Absorption, Carbon Fiber

**$9.99**

Add to cart



JETech Case for Apple iPhone 4 and iPhone 4s, Shock-Absorption Bumper Cover Anti-Scratch Clear Back, HD Clear – J0510

**$9.99**

Add to cart



JETech Case for Samsung Galaxy S7 Edge Protective Cover with Shock-Absorption and Carbon Fiber Design, Plum –

**$11.99**

Add to cart



JETech Case for Nintendo Switch 2017, Protective Grip Cover with Shock-Absorption and Anti-Scratch Design, Plum –

**$21.99**

Add to cart



JETech Carrying Case for Nintendo Switch with 20 Game Cartridge Holders, Black – J3611

**$14.99**

Add to cart

←  1  2  …  4  5  6  7  8  …  12  13  →

## Categories

- CASES
  - Apple
  - Samsung

- Others

SCREEN PROTECTORS

CABLES & ADAPTERS

OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 21 of 41 PageID #:57



Contact Us   My Account

0

Home  /  Product  ( Page7 )

# CASES

Showing 73–84 of 151 results

Sort by popularity



JETech Case for Apple iPhone 6 Plus and iPhone 6s Plus, Slim Protective Cover with Shock-Absorption, Carbon Fiber

**$9.99**

Add to cart



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 10.1 (SM-T580 / T585) 2016 Release with Auto Sleep / Wake, Purple

**$12.99**

Add to cart



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 10.1 (SM-T580 / T585) 2016 Release with Auto Sleep / Wake, Red –

**$12.99**

Add to cart



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 9.7 inch Tablet with Auto Sleep/Wake Feature, Blue – I3221

**$12.99**

Add to cart



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 9.7 inch Tablet with Auto Sleep/Wake Feature, Purple – J3223

**$12.99**

Add to cart



JETech Case for Samsung Galaxy S3 Soft Clear Shock-Absorption Cover – HD Clear – J0560

**$9.99**

Add to cart



JETech Slim-Fit Case Cover for Samsung Galaxy Tab 4 10.1 (10 Inch) Tablet PC with Auto Sleep/Wake Feature, Black – J0590

**$12.99**

Read more



JETech Case for Nintendo Switch 2017, Protective Grip Cover with Shock-Absorption and Anti-Scratch Design, Black –

**$21.99**

Add to cart



JETech Case Exclusively for iPhone Xs (Not for Apple iPhone X), 5.8-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear

**$9.99**

Add to cart



JETech Case for Amazon Kindle Paperwhite (fits all Paperwhite Generations) Smart Cover with Auto Sleep/Wake, Black – J3415

**$9.99**

Add to cart



JETech Case for Samsung Galaxy S5, Protective Cover, Black – J3010

**$11.99**

Add to cart



JETech Case for Samsung Galaxy S10 Plus S10+, Premium TPU Material, Shock Proof, HD Clear – J0578

**$9.99**

Add to cart

| ← | 1 | 2 | … | 5 | 6 | 7 | 8 | 9 | … | 12 | 13 | → |

## Categories

- CASES
  - Apple
  - Samsung

- ○ Others

▫ SCREEN PROTECTORS

▫ CABLES & ADAPTERS

▫ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 24 of 41 PageID #:60



Contact Us

My Account

0

Home / Product ( Page8 )

# CASES

Showing 85–96 of 151 results

Sort by popularity



JETech Case for Amazon Fire HD 10 Tablet 10.1 (7th Generation, 2017 Release Only) Smart Cover with Auto Sleep/Wake, Black –

**$15.99**

Add to cart



JETech Case for Apple iPhone 6 Plus and iPhone 6s Plus, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, Rose

**$11.99**

Add to cart



JETech MacBook Pro 13 Case, Hard Shell Cover Apple MacBook Pro 13-inch 2019/2018/2017/2016 Release (Model:

**$18.99**

Add to cart



JETech Case for iPhone 8 and iPhone 7 Protective Cover with Shock-Absorption and Carbon Fiber Design, Black –

**$8.99**

Add to cart

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 25 of 41 PageID #:61



JETech Case for Samsung Galaxy S9 Protective Cover with Shock-Absorption and Carbon Fiber Design, Black – J3466

**$11.99**

Add to cart



JETech Case for iPhone 6s Plus and iPhone 6 Plus, Protective Cover with Shock-Absorption, Carbon Fiber Design, Black –

**$9.99**

Add to cart



JETech Case for iPhone X and iPhone XS Protective Cover with Shock-Absorption and Carbon Fiber Design, Black –

**$8.99**

Add to cart



JETech Case for Apple iPhone 7 Plus and iPhone 8 Plus, Ring Holder Kickstand, Shock-Absorption Bumper Cover

**$10.99**

Add to cart



JETech Case for Apple iPhone 8 Plus and iPhone 7 Plus, 5.5-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back

**$11.99**

Add to cart



JETech Case for Galaxy S10, Protective Cover with Shock-Absorption and Carbon Fiber Dsigen, Black – J3473

**$8.99**

Add to cart



JETech Case for iPhone XR, Dual Layer Protective Cover with Shock-Absorption, Grey – J3477

**$7.99**

Add to cart



JETech Case for iPhone Xs and iPhone X, Dual Layer Protective Cover with Shock-Absorption, Grey – 3476

**$7.99**

Add to cart

← | 1 | 2 | … | 6 | 7 | 8 | 9 | 10 | … | 12 | 13 | →

## Categories

- CASES
  - Apple
  - Samsung

- Others

□ SCREEN PROTECTORS

□ CABLES & ADAPTERS

□ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

CASES – Page 9 – JETech Official Online Store



Contact Us    My Account

0

JETECH GLOBAL CORP

Home / Product ( Page9 )

# CASES

Showing 97–108 of 151 results

Sort by popularity



### JETech Slim-Fit Case for Apple iPhone 7 Plus, Cover with Microfiber and Self Stand, Black – J3430

**$9.99**

Add to cart



### JETech Case for Samsung Galaxy Tab E / Tab E Nook 9.6 Tablet with Stand Function, Black – J3603

**$12.99**

Add to cart



### JETech Case for Samsung Galaxy S10, Premium TPU Material, Shock Proof, HD Clear – J0577

**$9.99**

Add to cart



### JETech Case for iPhone Xs Max, Dual Layer Protective Cover with Shock-Absorption, Grey – 3479

**$7.99**

Add to cart

https://www.ijetech.com/product-category/cases/page/9/[06/26/2020, 16:04:16]



JETech Case for Galaxy S10+ Plus, 6.4-Inch, Dual Layer Protective Cover with Shock-Absorption, Grey – 3471

**$7.99**

Add to cart



JETech Case for iPhone 8 Plus and iPhone 7 Plus, Dual Layer Protective Cover with Shock-Absorption, Grey – I3478

**$7.99**

Add to cart



JETech Case for Samsung Galaxy S10, Dual Layer Protective Cover with Shock-Absorption, Grey – I3470

**$7.99**

Add to cart



JETech Case for Apple iPhone 8 Plus and iPhone 7 Plus, 5.5-Inch, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back

**$11.99**

Add to cart



JETech Case for Samsung Galaxy S8 Plus, Soft Clear Shock-Absorption Bumper Cover – J0574

**$9.99**

Read more



JETech Case for iPhone SE, iPhone 5s and iPhone 5, Protective Cover with Shock-Absorption and Carbon Fiber Design, Black

**$9.99**

Add to cart



JETech Laptop Sleeve for 11.2-Inch Notebook Tablet iPad Tab, Waterproof Shock Resistant Bag Case with Accessory Pocket –

**$14.99**

Add to cart



JETech Case for Galaxy Note 8, Shock-Absorption Soft Clear Protective Bumper Cover – J3711

**$9.99**

Add to cart

| ← | 1 | 2 | … | 7 | 8 | **9** | 10 | 11 | 12 | 13 | → |

## Categories

- CASES
  - Apple
  - Samsung

- Others

□ SCREEN PROTECTORS

□ CABLES & ADAPTERS

□ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 30 of 41 PageID #:66



Contact Us    My Account    0

Home  /  Product  ( Page10 )

# CASES

Showing 109–120 of 151 results

Sort by popularity



### JETech Case for Samsung Galaxy S5, Protective Cover, Silver – J3011

**$11.99**

Read more



### JETech Case for Samsung Galaxy S7 Soft Clear Shock-Absorption Bumper Cover – J0571

**$9.99**

Add to cart



### JETech Case for Samsung Galaxy Note3 Soft Clear Shock-Absorption Cover – HD Clear – J0564

**$8.99**

Add to cart



### JETech Case for Amazon Fire HD 8 Tablet (7th / 6th Generation, 2017 and 2016 Release) Smart Cover with Auto Sleep/Wake, Black –

**$11.99**

Add to cart



JETech Case for Apple iPhone 6s Plus and iPhone 6 Plus, Ring Holder Kickstand, Shock-Absorption Bumper, Black

**$10.99**

Add to cart



JETech Case for Samsung Galaxy S5, Protective Cover, Champagne Gold – J3012

**$11.99**

Add to cart



JETech Case for Apple iPhone SE, iPhone 5s and iPhone 5, 2-Layer Slim Protective Cover, Rose Gold – J3363

**$8.99**

Add to cart



JETech Case for Samsung Galaxy S4, Protective Cover, Gold – J3002

**$11.99**

Add to cart



JETech Case for Samsung Galaxy S4, Protective Cover, Grey – J3003

**$11.99**

Add to cart



JETech Case for Apple iPhone SE, iPhone 5s and iPhone 5, 2-Layer Slim Protective Cover, Gold – J3362

**$8.99**

Add to cart



JETech Case for Galaxy S10+ Plus, Protective Cover with Shock-Absorption and Carbon Fiber Design, Black – 3474

**$7.99**

Add to cart



JETech Case for Samsung Galaxy S7 Edge Soft Clear Shock-Absorption Bumper Cover – J0572

**$9.99**

Add to cart

← | 1 | 2 | … | 8 | 9 | 10 | 11 | 12 | 13 | →

# Categories

- CASES
  - Apple
  - Samsung

- Others

□ SCREEN PROTECTORS

□ CABLES & ADAPTERS

□ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.



Contact Us    My Account

0

JETECH GLOBAL CORP

Home / Product ( Page11 )

# CASES

Showing 121–132 of 151 results

Sort by popularity



### JETech Case for Apple iPhone SE, iPhone 5s and iPhone 5, Ring Holder Kickstand, Shock-Absorption Bumper, HD

**$10.99**

Add to cart



### JETech Case for Apple iPhone SE, iPhone 5s and iPhone 5, 2-Layer Slim Protective Cover, Black – I3360

**$8.99**

Add to cart



### JETech Case for Samsung Galaxy Tab A 10.1 (SM-T580 / T585, 2016 Release), Smart Cover with Auto Sleep / Wake, Black –

**$12.99**

Add to cart



### JETech Case for Apple iPhone 6 and iPhone 6s, Slim Protective Cover with Shock-Absorption, Carbon Fiber Design, Grey – I3607

**$9.99**

Add to cart

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 34 of 41 PageID #:70



JETech Case for Samsung Tab A 8.0 Tablet 2017 Release (T380/T385) Smart Cover with Auto Sleep/Wake, Black – J3235

**$12.99**

Add to cart



JETech Case for All-new Kindle Paperwhite (10th Generation 2018 Release Only) with Auto Sleep/Wake, Black – J3418

**$11.99**

Add to cart



JETech Case for Samsung Galaxy S6 Protective Cover with Shock-Absorption and Carbon Fiber Design, Black – J3458

**$11.99**

Add to cart



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 8.0 inch 2015 Tablet with Auto Sleep/Wake Feature, Red – J3232

**$12.99**

Read more



JETech Case for Samsung Galaxy S10e, Premium TPU Material, Shock Proof, HD Clear – J0579

**$9.99**

Add to cart



JETech Case for Samsung Galaxy S9, Premium TPU Material, Shock Proof, HD Clear – J0575

**$9.99**

Add to cart



JETech Case for Apple iPhone 6 and iPhone 6s, Shock-Absorption Bumper Cover, Anti-Scratch Clear Back, HD Clear – J0661

**$9.99**

Add to cart



JETech Case for iPhone 8 and iPhone 7, Dual Layer Protective Cover with Shock-Absorption, Grey – J3756

**$9.99**

Add to cart

← | 1 | 2 | … | 9 | 10 | **11** | 12 | 13 | →

## Categories

◦ CASES

    ◦ Apple

    ◦ Samsung

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 35 of 41 PageID #:71

- Others

□ SCREEN PROTECTORS

□ CABLES & ADAPTERS

□ OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 36 of 41 PageID #:72



Contact Us     My Account

JETECH GLOBAL CORP

Home  /  Product  ( Page12 )

# CASES

Showing 133–144 of 151 results

Sort by popularity



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 8.0 inch 2015 Tablet with Auto Sleep/Wake Feature, Purple – I3233

**$12.99**

Read more



JETech Case for Amazon Fire 7 Tablet (7th Generation 2017 Release Only) Smart Cover with Auto Sleep/Wake – I3416

**$13.99**

Add to cart



JETech Case for Apple iPhone SE, iPhone 5s and iPhone 5, Ring Holder Kickstand, Shock-Absorption Bumper, Black

**$10.99**

Add to cart



JETech Case for Samsung Galaxy S4, Protective Cover, Silver – J3001

**$11.99**

Read more

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 37 of 41 PageID #:73



JETech Case for Apple iPhone SE, iPhone 5s and iPhone 5, 2-Layer Slim Protective Cover, Silver – J3361

**$8.99**

Add to cart



JETech Case for Apple iPhone 6s and iPhone 6, Ring Holder Kickstand, Shock-Absorption Bumper, Black – J3448

**$10.99**

Read more



JETech Slim-Fit Case Cover for Google Nexus 7 2013 Tablet w/Stand and Auto Sleep/Wake Function, Black – J0530

**$13.99**

Add to cart



JETech Case Logo Cut-Out for Apple iPhone 4 and iPhone 4s, Super Fit TPU, Blue – J0447

**$10.99**

Read more



JETech Slim-Fit Case Cover for Samsung Galaxy Tab 4 10.1 (10 Inch) Tablet PC with Auto Sleep/Wake Feature, Blue – J0591

**$12.99**

Read more



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 10.1 (SM-T580 / T585) 2016 Release with Auto Sleep / Wake, Blue – J...

**$12.99**

Add to cart



JETech Case for Amazon Kindle Oasis (9th Generation, 2017 Release Only) Smart Cover with Auto Sleep/Wake, Black – ...

**$9.99**

Add to cart



JETech Case for Apple iPhone 7 Plus, 5.5 Inch, 2-Layer Slim Protective Cover, Shock-Absorption and Carbon Fiber – J3438A

**$8.99**

Add to cart

← | 1 | 2 | … | 10 | 11 | 12 | 13 | →

## Categories

- CASES
  - Apple
  - Samsung

- Others

SCREEN PROTECTORS

CABLES & ADAPTERS

OTHERS

## Support

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

Search

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 39 of 41 PageID #:75



Contact Us    My Account    0

Home  /  Product  ( Page13 )

# CASES

Showing 145–151 of 151 results

Sort by popularity



JETech Slim-Fit Case Cover for Samsung Galaxy Tab A 9.7 inch Tablet with Auto Sleep/Wake Feature, Black – J3220

**$12.99**

Add to cart



JETech Case for Samsung Galaxy S8 Soft Clear Shock-Absorption Bumper Cover – J0573

**$9.99**

Add to cart



JETech Case for Samsung Galaxy S6, Shock-Absorption TPU and Replaceable PC Cover Ultra Slim Fit, Black –

**$11.99**

Add to cart



JETech Case for Samsung Galaxy S6 Edge, Shock-Absorption Cover, HD Clear – J0569

**$9.99**

Add to cart

JETech Case for Samsung Galaxy S4 Soft Clear Shock-Absorption Cover – HD Clear – J0561

**$8.99**

Add to cart

JETech Schutzfolie für iPhone 8 iPhone 7, PET Displayschutzfolie, 3 Stück

**$14.99**

Read more

JEDirect iPad Air 3(2019)と iPad Pro 10.5(2017)　ケース つ　スタンドオートス リープ (ブラック)

**$14.99**

Read more

| ← | 1 | 2 | … | 11 | 12 | 13 |

## Categories

- CASES
  - Apple
  - Samsung
  - Others

- SCREEN PROTECTORS

- CABLES & ADAPTERS

- OTHERS

Case: 1:20-cv-03868 Document #: 1-3 Filed: 07/01/20 Page 41 of 41 PageID #:77

## Support

Search

- Product Registration
- Warranty Claim
- Warranty Policy
- Contact Us
- FAQ
- Privacy Policy

## Find Us

**Tel:** US/Canada: 1-800-266-9986

Mexico: 1-800-099-6418

**Hours:** Mon-Fri 9:00 am-5:00 pm CST (US)

Mon-Fri 9:00 am-5:00 pm CDT (MX)

## Follow Us

  

**Email:** support@ijetech.com

Copyright @ 2020 - JETech. All Right Reserved.