IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BELAIR ELECTRONICS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:20-cv-03868 |
| | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | |
| JEDirect Corp., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO QUASH THE SERVICE OF SUMMONS

**NOW COME DEFENDANTS JEDirect, Corp. and JE Products, Corp.,** by counsels, Qiu & Wang Law Group, LLC, and move to quash the service of summons pursuant to F. R. Civ. P. 4(h) as follows:

1. F. R. Civ. P. 4(h) governs the service of a corporation within the United States, which provides in pertinent part:

    (h) SERVING A CORPORATION, PARTNERSHIP, OR ASSOCIATION.

    (B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant.

2. On August 13, 2020, Plaintiff attempted to serve the summons and the complaint on Defendants at 1900 E. Golf Road Ste 950A, Schaumburg, Cook County, IL 60173 by leaving them with Donna Callen. (Dkt. 14, 15).

3. However, as Mr. Bryce Myrvang stated in his affidavit on behalf of Registered Agents Inc., Donna Callen is a contract employee of Registered Agents Inc. who works at the office suite located at 1900 E. Golf Rd. Suite 950, Schaumburg, IL 60173. <u>Affidavit of Registered Agents Inc.</u>, ¶ B (Ex. 1).

2

4. Registered Agent Inc. is not a provider of registered agent service for JEDirect Corp. or JE Products Corp. Id. ¶ H (Exhibit 1).

5. Donna Callen is not affiliated with nor employed by JEDirect Corp. or JE Products Corp. in any way. Id. ¶ G (Exhibit 1).

6. Under the circumstances, Plaintiff's attempted service of the summons and the complaint was defective under both F. R. Civ. P. 4(h) and 735 ILCS §5/2-203.

7. Therefore, Plaintiff's attempted service of the summons shall be quashed.

Wherefore, Defendants pray that this Court enter an order, granting this Motion, quashing the attempted service of the summons on Defendants.

Respectfully submitted,

By: s/ Jun Wang
Jun Wang, Counsel for Defendants

By: s/ Peter Qiu
Peter Qiu, Counsel for Defendants

Qiu & Wang Law Group, LLC
518 W. 26th Street
Chicago, IL 60616
Tel: (312) 881-0001
Email: peter.qiu@qiuwanglaw.com; jun.wang@qiuwanglaw.com

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BELAIR ELECTRONICS, INC., ) | |
| ) | |
| Plaintiffs, ) | Case No.: 1:20-cv-03868 |
| ) | |
| v. ) | Honorable Elaine E. Bucklo |
| ) | |
| JEDirect Corp., et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF REGISTERED AGENTS INC.

I, Bryce Myrvang, swear under penalty of perjury, and state as follows:

A. I am an authorized agent for Registered Agents Inc who utilizes the address at 1900 E. Golf Rd. Suite 950 #A, Schaumburg, IL 60173, which among other things, provides registered agent services within the State of Illinois.

B. Donna Callen, is a contract employee who works at the office suite located at 1900 E. Golf Rd. Suite 950, Schaumburg, IL 60173 commonly known as Intelligent Office.

C. Ms. Callen's only job is to receive service of process addressed to Registered Agents Inc and forward said service of process to Registered Agents Inc, who in turn notifies and forwards the service of process to the client.

D. On or about August 13, 2020, at around 3:50 p.m., Ms. Callen received service of process for JEDirect Corp. and forwarded it to Registered Agents Inc.

E. JEDirect Corp. previously utilized Registered Agents Inc as its registered agent provider within the state of Illinois but had discontinued registered agent service with Registered Agents Inc on or about July 23, 2020.

F. Ms. Callen does not have access to Registered Agents Inc client accounts and was not aware of the change made by JEDirect Corp.

G. Ms. Callen is not affiliated with nor employed by JEDirect Corp. or JE Products Corp. in any way.

H. Registered Agent Inc is not a provider of registered agents services for JEDirect Corp. nor JE Products Corp.

FURTHER, YOUR AFFIANT SAYETH NOT.

Respectfully Submitted,

_____
Bryce Myrvang
Tel: (312)442 0270